In the Matter of the Petition of NEW YORK MUNICIPAL RAILWAY CORPORATION et al., Appellants, against SUSIE C. HOLLIDAY, Respondent.

*Matter of N. Y. Municipal Ry. Corp.* v. *Holliday,* **189 App. Div. 814,** affirmed.

(Argued February 23, 1920; decided March 9, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1920, modifying and affirming as modified an order of Special Term modifying and confirming, as modified, an award in condemnation proceedings to acquire title to the right of way for the construction of an elevated railroad on Jamaica avenue in the borough of Queens.

*Trabue Carswell, Charles L. Woody* and *George D. Yeomans* for appellants.

*Fred L. Gross* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.